JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OTIS LEE RODGERS,                     )     No. EDCV 22-2224-VAP (AGR)
                                      )
                    Petitioner,       )
                                      )     JUDGMENT
          v.                          )
                                      )
STATE OF CALIFORNIA,                  )
                                      )
                    Respondent.       )
_____)

Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is summarily dismissed.

DATED:   4/21/23

_____
VIRGINIA A. PHILLIPS
United States District Judge